UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

TORRANCE BAILEY,

                Defendant.

**DECISION AND ORDER**
24-CR-44-A

      Defendant Torrance Bailey, along with two co-conspirators, is charged with participating in a narcotics conspiracy in violation of Title 21 U.S.C. §846. The case was referred to Magistrate Judge H. Kenneth Schroeder, Jr. pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.

      On February 5, 2025, the Magistrate Judge filed a Report, Recommendation and Order ("RR&O") (Dkt. No. 36) recommending that Defendant's sealed motion (Dkt. No. 29), which sought to suppress certain evidence and to dismiss the indictment, be denied. No objections to the RR&O were filed by the parties. Because there are no objections to the RR&O, the Court reviews the RR&O on clear error review.

      The Court finds no clear error and adopts the reasoning of the Magistrate Judge. The Court deems no further discussion necessary. Accordingly, and upon clear error review pursuant to 28 U.S.C. §636(b)(1), and for the reasons set forth in the RR&O, it is hereby

**ORDERED** that the RR&O (Dkt. No. 36) is adopted in its entirety; and it is further

**ORDERED** that Defendant's motion (Dkt. No. 29) is **DENIED**. The parties shall appear for a status conference to set a date for trial or plea on **March 18, 2025, at 9:00 am**.

**IT IS SO ORDERED.**

HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  March 14, 2025
        Buffalo, New York